

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2013

**BY FAX**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUL 26 2013

Re:   United States v. Pedro Leon Delgado, 06 CR 107 (GBD)

Dear Judge Daniels:

     The Government writes to inform the Court that the defendant was arrested pursuant to a warrant issued by the Court based on the defendant's violations of the conditions of his supervised release. On or about July 17, 2013, the defendant was arrested and presented in the District of Rhode Island before Magistrate Judge Lincoln D. Almond, and informed of his rights and the pending violation specifications. The defendant also waived an identity hearing, consented to detention, and was ordered removed to the Southern District of New York. I am informed by the United States Marshals Service ("USMS") that the defendant will be available for production before the Magistrate Judge on July 29, 2013. I have requested that the USMS produce the defendant on July 29, 2013, for counsel to be assigned and to give the defendant an opportunity to raise any other issues, such as bail, before the Magistrate Judge.

     If it is convenient for the Court, the Government requests that the Court schedule an arraignment in the above matter for July 31, 2013, at 10:00 a.m.

     Thank you for your consideration of this submission.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: Jason Wong
Jason Wong
Special Assistant United States Attorney
(212) 637-2276